■ ALFRED R. NETTLES, as Administrator of the Estate of RUTH C. NETTLES, Deceased, Appellant, v. DIESEL TANKER M. J. DERBY, INC., Respondent, et al., Defendants.— Order denying motion for severance reversed and the motion granted, with costs to plaintiff-appellant. Both the language and the sense of the Federal injunction relate only to the defendant on whose application the injunction was granted. This accords, too, with the justice and requirements of the case. Defendant-respondent not having sought or obtained a limitation of liability is not entitled to the injunctive benefits obtainable in such a proceeding. Settle order. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ RUTH JOHNSON, Appellant, v. DIESEL TANKER M. J. DERBY, INC., Respondent, et al., Defendants.— Order appealed from unanimously reversed and motion granted. See memorandum decision in accompanying appeal (*Nettles* v. *Diesel Tanker M. J. Derby,* 4 A D 2d 860). Settle order. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ GENERAL COMMERCE CORP., Respondent, v. ABDUL L. B. JAZZAR et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to respondent. Considering only the original papers submitted on the application for the warrant of attachment, sufficient was shown therein to sustain such attachment. The order denying the motion to vacate the warrant of attachment is affirmed. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ. [See *post,* p. 946.]

■ In the Matter of ARMAND DE JONG, Appellant. BEACON HILL MANOR, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK for the Appointment of the Treasurer of the City of New York as Receiver of All Rents Issuing out of the Real Estate Known as Section 6, Block 1613, Lot 32, Borough of Manhattan, City of New York. RECONSTRUCTION BUILDING CORPORATION, Appellant; SPENCER C. YOUNG, as Treasurer of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente and McNally, JJ.

■ RACHEL H. SHEPARD, Respondent, v. PERCY W. SHEPARD, Appellant.— Order denying the motion to set aside service of the summons and the motion for temporary alimony and counsel fees is affirmed, as is the order denying the motion to vacate the sequestration order. The denial of the motion to vacate the sequestration order was on condition that plaintiff notice the case for trial for the September, 1957 Term and proceed as expeditiously as possible to trial. The order granting the motion for temporary alimony and counsel fees is reversed. Said motion is remanded and referred to the calendar of the Family Part, with leave to the defendant to file answering affidavits within 10 days after service of a copy of the order to be made herein with notice of entry, with the direction that the application for temporary alimony and counsel fees be considered *de novo.* Subdivision 5 of section 237-a of the Civil Practice Act provides for an automatic stay of proceedings in an action, where, as here, defendant makes timely objection to the court's jurisdiction over his person. In the circumstances, no decision for temporary alimony and counsel fees should have been made until 10 days after the service of a copy of the order denying the motion to set aside the service of the summons and the motion for temporary alimony and counsel fees. Costs to abide the event. Settle orders. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.